IN THE COURT OF CRIMINAL APPEALS


OF TEXAS







PD-1539-07






ROBERT HUFFMAN, Appellant



v.



 THE STATE OF TEXAS






ON DISCRETIONARY REVIEW OF


CASE 04-06-00126-CR OF THE FOURTH COURT OF APPEALS


BEXAR COUNTY






 Womack, J., filed a concurring opinion.



 I agree with the observation in Judge Meyers's opinion (ante) that the court's
charge to the jury presented theories of liability that were not raised by the evidence, and
with Judge Cochran's opinion (post) that there was only one offense and that a charge in
the disjunctive could be proper. Therefore I concur in the judgment of the Court.


Filed: October 1, 2008

Publish.